IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AMBER JOHNSON**  **PLAINTIFF**
**ADC #714325**

VS. 4:24-CV-00400-BRW

**DEXTER PAYNE,** *ET AL.* **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of June, 2024.


                Billy Roy Wilson
                UNITED STATE DISTRICT JUDGE